UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERRENCE VIDEAU**                                                                 **CIVIL ACTION**

**VERSUS**                                                                                    **NO: 06-10553**

**JEFFERSON PARISH D.A.'S OFFICE, ET AL.**                        **SECTION: "K"(2)**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** there will be judgment herein in favor of defendants, Jefferson Parish D.A.'s Office, Jefferson Parish Sheriff's Department, and Ricky Boudreaux against plaintiff, Terrence Videau, **DISMISSING WITH PREJUDICE** plaintiff's claims under 42 U.S.C. § 1983 as legally frivolous and/or for failure to state a claim under 28 U.S.C.§ 1915(e)(2).

New Orleans, Louisiana, on this __9th__ day of March, 2007.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**